```
Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277
```

FILED
JUN 01 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| CATHERINE YAGUE-AHMED | ) Chapter 13 <br> ) <br> ) Case No.: 8:08-bk-18408-ES <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3010)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300715** in the sum of **$0.01** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule . The name and address of the party entitled to said unclaimed dividend is as follows:

CATHERINE YAGUE-AHMED
24595 SUMMERLAND CIRCLE
LAGUNA NIGUEL, CA 92603

Date: May 24, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0818408 | CATHERINE YAGUE-AHMED ACCT: | Claim: 00000 | XXX-XX-1668 | 0.01 | 0.00 | 0.01 |
| | | TOTALS | | 0.01 | 0.00 | 0.01 |

CATHERINE YAGUE-AHMED

BALANCE:             [0.00 13/00000]
SSN: XXX-XX-1668    SSN:
ACCT:                           CASE: 0818408
PRINCIPAL:     0.01   INTEREST:      0.00

---

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

**0300715**

Apr 14, 2010

VOID 90 DAYS FROM DATE

**\*\*\*\*\*\*\*\*$0.01**

**PAY**   Zero And 01 / 100 Dollars

**TO THE ORDER OF**   *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

*[signature]*

⑈0300715⑈ ⑆061100790⑆ 000000575186 2⑈